UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE GALAZO | : | |
| | : | |
| VS. | : | NO. 3:01CV1589 (DJS) |
| | : | |
| CITY OF WATERBURY, ET AL. | : | FEBRUARY 25, 2004 |

### MOTION TO DISMISS DEFENDANT SANTOPIETRO ONLY

Pursuant to the suggestion of this court contained in its memorandum of decision filed on February 23, 2004, the plaintiff moves that this action be dismissed as to the defendant Santopietro only, with prejudice and without costs.

THE PLAINTIFF

BY_____
John R. Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct00215
His Attorney

_____   CERTIFICATION

_____This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on February 25, 2004, to the following counsel of record:

Attorney Leonard M. Crone
P. O. Box 1687
Waterbury, CT 06702-1687

Attorney Michelle Holmes
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119.

_____
John R. Williams