# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOSE GALAZO**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:01cv1589(DJS) |
| **CITY OF WATERBURY, ET AL**<br>    Defendants | : |

## ORDER

The Motion to Dismiss Defendant Santopietro Only (Doc. #52) is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __3rd__ day of March, 2004.

　　　　　　　　　　　　　　　　　　　　 /s/DJS_____
　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　United States District Judge