```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

JOSE GALAZO                         :  NO.:  3:01CV01589 (DJS)
      Plaintiff,

vs.

CITY OF WATERBURY,
KEVIN J. DALY, JR.,
MARK SANTOPIETRO, SGT.
J. NARDOZZI, OFFICER C. SAMPSON
And GARY PELOSI                     :  APRIL 20, 2004
      Defendants.
```

## **APPEARANCE**

Please enter the appearance of **Marcia J. Gleeson**, as counsel for the defendants **CITY OF WATERBURY, KEVIN J. DALY, JR., MARK SANTOPIETRO, SGT. J. NARDOZZI, OFFICER C. SAMPSON and GARY PELOSI**, in the above entitled action, in addition to those already on file.

        DEFENDANTS,
        CITY OF WATERBURY, et al


BY_____
   Marcia J. Gleeson
   Federal Bar No.: ct05303
   Sack, Spector & Karsten
   836 Farmington Avenue
   West Hartford, CT 06119
   Mgleeson @ sackspec.com
   Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of April, 2002, to the following counsel of record:

John R. Williams, Esq.
Norman A. Pattis, Esq.
51 Elm Street, Suite 409
New Haven, CT  06510

Leonard M. Crone, Esq.
27 State Street
P.O. Box 1687
Waterbury, CT  06702


_____
Marcia J. Gleeson