DISTRICT OF CONNECTICUT

JOSE GALAZO                          :   NO.:  3:01CV01589 (DJS)
    Plaintiff,

vs.

CITY OF WATERBURY,
KEVIN J. DALY, JR.,
MARK SANTOPIETRO, SGT.
J. NARDOZZI, OFFICER C. SAMPSON
And GARY PELOSI                      :   APRIL 22, 2004
    Defendants.

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants, City of Waterbury, Kevin Daly, Jr., Mark Santopietro, Sergeant J. Nardozzi, Officer C. Sampson and Gary Pelosi hereby respectfully request an extension of time to September 1, 2004, to file a joint trial memorandum.

Attorney Michelle Holmes, who will be trial counsel, is currently out of state tending to a serious family matter, and will be unable to return to Connecticut before the end of April. In addition, a settlement conference scheduled in this matter for April 28, 2004, has been rescheduled for August 12, 2004, by

Magistrate Judge Thomas Smith.  In light of this new settlement conference date, defendants request an extension of time to file the joint trial memorandum until September 1, 2004.

This is the first such request for an extension of time.

Pursuant to Rule 9(b)(2), on this date the office of the undersigned called the office of plaintiff's attorney, John R. Williams, Esquire, who stated that he has no objection to this motion.

```
                              DEFENDANTS, CITY OF
                                WATERBURY, ET AL


                          BY_____
                             Marcia J. Gleeson
                             Federal Bar No.: ct05303
                             Sack, Spector & Karsten
                             836 Farmington Avenue
                             West Hartford, CT 06119
                             Their Attorney
```

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 22nd day of April, 2004, to the following counsel of record:

John R. Williams, Esq.
Norman A. Pattis, Esq.
Williams & Pattis
51 Elm Street, Ste. 409
New Haven, CT  06510

Leonard M. Crone, Esq.
27 State Street
P.O. Box 1687
Waterbury, CT  06702

_____
Marcia J. Gleeson

```
Clerk's Office
United States District Court
450 Main Street
Hartford, CT  06103
```