## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JOSE GALAZO** | : | |
| **Plaintiff** | | |
| | | |
| **v.** | : | **CIVIL NO.: 3:01cv1589(DJS)** |
| | | |
| **CITY OF WATERBURY, ET AL** | : | |
| **Defendants** | | |

<u>ORDER</u>

The Motion for Extension of Time (Doc. #55) to file a joint trial memorandum is

hereby **GRANTED** to and including **September 1, 2004.**  This case shall be trial ready

**October, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __4th__ day of May, 2004.


/s/DJS_____
Dominic J. Squatrito
United States District Judge