UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 12 P 2: 09
U.S. DISTRICT COURT
HARTFORD, CT.

JOSE GALAZO,
    Plaintiff

- v -

3:01-CV-1589(DJS)

CITY OF WATERBURY,
    Defendant

ORDER

A settlement conference shall be held before the undersigned on **August 12, 2004, at 10:00 a.m., at 450 Main Street, Room 258, Hartford, Connecticut.** The parties shall submit ex parte statements (including damages analyses) **to the Chambers of Judge Smith**, Room 258, not to exceed three pages, no later than August 10, 2004.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** It will not be sufficient for such individuals to be "available by telephone." See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

Dated at Hartford, Connecticut, this 12th day of May, 2004.

Thomas P. Smith
United States Magistrate Judge