UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE GALAZO | : | |
| | : | |
| VS. | : | NO. 3:01CV1589 (DJS) |
| | : | |
| CITY OF WATERBURY, ET AL. | : | JUNE 16, 2004 |

**PLAINTIFF'S MOTION TO DISMISS DEFENDANTS TOMA AND DelBUONO**

The plaintiff moves to dismiss this action as to the defendants Toma and DelBuono only, with prejudice and without costs.

THE PLAINTIFF

BY_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: 203.562.9931
Fax: 203.776.9494
E-mail: jrw@johnrwilliams.com
His Attorney

1

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Leonard M. Crone, Esq., P. O. Box 1687, Waterbury, CT 06702-1687; and Attorney Michelle Holmes at Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT 06119.

_____
JOHN R. WILLIAMS