UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE GALAZO, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :    No. 3:01CV1589(DJS) |
| | : |
| CITY OF WATERBURY, KEVIN J. DALY, JR., SIMON DELBUONO, MARTIN TOMA, MICHAEL PIEKSZA, JR., MARK SANTOPIETRO, JAMES NARDOZZI, CHARLES SAMPSON, and GARY PELOSI, | : |
| | : |
|     Defendants. | : |

## ORDER

Plaintiff's motion to dismiss (dkt. # 58) defendants Martin Toma and Simon DelBuono is **GRANTED**.

**IT IS SO ORDERED** at Hartford, Connecticut, this 23rd day of June, 2004.

/s/DJS
_____
**DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE**