FILED

2004 SEP -2 A 10: 56

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE GALAZO | : | |
| VS. | : | NO. 3:01CV1589(DJS) |
| CITY OF WATERBURY, ET AL. | : | AUGUST 31, 2004 |

## **APPEARANCE**

Please enter the appearance of KATRENA ENGSTROM, WILLIAMS AND PATTIS, LLC, as additional counsel on behalf of the plaintiff in this matter.

THE PLAINTIFF

BY _____
KATRENA ENGSTROM
WILLIAMS AND PATTIS, LLC
Federal Bar No. ct09444
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Leonard M. Crone, Esq., P. O. Box 1687, Waterbury, CT 06702-1687; and Elliot B. Spector, 836 Farmington Avenue, West Hartford, CT 06119.

_____
KATRENA ENGSTROM