UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSE GALAZO                                   :       CASE NO.:
                                                      3:01CV01589 (DJS)
         Plaintiff

vs.

CITY OF WATERBURY,                            AT HARTFORD
KEVIN J. DALY, JR.,
MICHAEL PIEKSZA, JR., MARK
SANTOPIETRO, SGT. J. NARDOZZI
OFFR. C. SAMPSON and GARY PELOSI:

         Defendants                           :       SEPTEMBER 2, 2004

## PROPOSED VOIR DIRE QUESTIONS

1. Are you related to or close acquaintances with any law enforcement officers?
2. Have you ever been the victim or has a close friend or relative ever been a victim of a crime?
3. Have you ever had any dealings with any police officer(s) which you would describe as unfavorable?
4. Juror's Employment? Spouse's employment?
5. Do you know of any of the participants in this case?
6. Do you have any knowledge of this case?
7. Have you read anything in the paper or seen anything on the television regarding this case?
8. Does anything about the very nature of this case or the allegations make you uncomfortable?
9. Have you ever been part of any type of lawsuit or any civil or criminal case?
10. Have you ever sat on a jury?

11. How would you weigh the credibility of a witness?
12. Would you weigh the credibility of a police officer's testimony the same as anyone else?
13. Are you willing to base your verdict on the evidence presented and not speculation?
14. Do you understand what is meant by the burden of proof being on the plaintiff?
15. Do you have any general opinion about restaurant owners?
16. **Have you ever been involved in politics?**
17. **What is your opinion of politicians?**
18. **Do you know anything about Waterbury politics?**
19. **Have you followed any cases regarding Waterbury politicians?**
20. **Do you hold a bias against Mr. Pieksza solely because he was employed by the City of Waterbury?**

THE DEFENDANT
MICHAEL PIEKSZA, JR.

BY _____
Leonard M. Crone
27 State Street
P.O. Box 1687
Waterbury, CT  06702-1687
203-757-7969
Juris #: CT05043

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on this 2nd day of September, 2004 to the following:

Kit Engstrom, Esq.
Norman A. Pattis, Esq.
William & Pattis
51 Elm Street, Ste. 409
New Haven, CT 06510

Michelle Holmes, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Ave
Suite 221
West Hartford, CT 06119

THE DEFENDANT
MICHAEL PIEKSZA, JR.

BY _____
Leonard M. Crone
27 State Street
P.O. Box 1687
Waterbury, CT 06702-1687
203-757-7969
Juris #: CT05043