UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE GALAZO | : | CASE NO.: |
| Plaintiff | : | 3:01CV01589 (DJS) |
| vs. | : | |
| CITY OF WATERBURY, KEVIN J. DALY, JR., MICHAEL PIEKSZA, JR., MARK SANTOPIETRO, SGT. J. NARDOZZI OFFR. C. SAMPSON and GARY PELOSI: | : | AT HARTFORD |
| Defendants | : | AUGUST 31, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant, Michael Pieksza, Jr. hereby respectfully requests an extension of time to September 3, 2004, to file his joint trial memorandum.

All parties are working diligently thru email and phone correspondence to prepare this joint trial memorandum in a timely fashion yet with three offices involved in the case, schedules have been difficult to coordinate. All parties are

in agreement and are respectfully requesting this extension of time.

>THE DEFENDANT
> MICHAEL PIEKSZA, JR.
>
> BY _____
> Leonard M. Crone
> 27 State Street
> P.O. Box 1687
> Waterbury, CT  06702-1687
> 203-757-7969
> Juris #: CT05043

LEONARD M. CRONE • Attorney at Law
27 State Street • P.O. Box 1687 • Waterbury, Connecticut 06702-1687 • (203) 757-7969 • Fax (203) 757-4863 • Juris No. 400457

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on this 31ST day of August, 2004 to the following:

Kit Engstrom, Esq.
Norman A. Pattis, Esq.
William & Pattis
51 Elm Street, Ste. 409
New Haven, CT 06510

Michelle Holmes, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Ave
Suite 221
West Hartford, CT 06119

                                        THE DEFENDANT
                                        MICHAEL PIEKSZA, JR.

                                        BY_____
                                          Leonard M. Crone
                                          27 State Street
                                          P.O. Box 1687
                                          Waterbury, CT 06702-1687
                                          203-757-7969
                                          Juris #: CT05043

LEONARD M. CRONE • Attorney at Law
27 State Street • P.O. Box 1687 • Waterbury, Connecticut 06702-1687 • (203) 757-7969 • Fax (203) 757-4863 • Juris No. 400457

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
Galazo :
:
:
vs. :Civil No. 3:01CV1589 (DJS)
:
City of Waterbury., et al :
:
---------------------------------------------------x

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>Motion for Extension of Time</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)        _ No certificate of service attached to pleading
                     _ Certificate of service fails to list names and addresses of all parties served
                     _ Certificate of service is not signed

2. _ L.R.5(d)        Failure to submit document under seal

3. ✔ L.R.10          _ Failure to sign pleading (original signature)
                     _ Failure to double space
                     ✔ Margin is not free of printed matter
                     _ Left hand margin is not one inch
                     _ Judge's initials do not appear after the case number
                     _ Docket number is missing
                     _ Failure to supply federal bar number
                     _ Holes not punched in document

4. _ L.R.68          Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)     Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other           ___

The Clerk is hereby Ordered to ~~return~~ docket the above pleading ~~and to notify counsel of such action.~~

Date: 9/3/04                                                    _____
                                                                United States District Judge

()

rev. 1/1/03