UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE GALAZO<br> Plaintiff | : |
| v. | : CIVIL NO.: 3:01cv1589(DJS) |
| CITY OF WATERBURY, ET AL<br> Defendants | : |

## ORDER OF REFERENCE TO
## A UNITED STATES MAGISTRATE JUDGE

In the interest of justice, the above identified case is hereby referred to Thomas P. Smith, United States Magistrate Judge for all purposes, including trial. The parties have consented to their case being heard before a magistrate judge in their joint trial memorandum dated September 3, 2004 (Doc. #65).

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  24th  day of September, 2004.

            /s/DJS
            Dominic J. Squatrito
            United States District Judge