UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE GALAZO | : | |
| | : | |
| VS. | : | NO. 3:01CV1589 (TPS) |
| | : | |
| CITY OF WATERBURY, ET AL. | : | JANUARY 3, 2005 |

**<u>MOTION TO WITHDRAW APPEARANCE</u>**

The undersigned, Norman A. Pattis, respectfully requests permission to withdraw as counsel for Jose Galazo in this case.  In support hereof, the undersigned represents as follows:

1.  I am leaving the firm, Williams and Pattis, effective January 10, 2005.

2.  John Williams and Katrena Engstrom of the aforesaid mentioned firm will remain counsel of record for Mr. Galazo in this case.

1

THE PLAINTIFF
JOSE GALAZO


BY_____
NORMAN A. PATTIS (ct13120)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: 203.562.9931
Fax: 203.776.9494
E-mail: napatty1@aol.com
His Attorney

## CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to:


Elliot B. Spector
836 Farmington Avenue
West Hartford, CT 06119


_____
NORMAN A. PATTIS