UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVERTON NOTICE, Individually and as guardian and next friend of a minor, CHRISTOPHER SATCHWELL AND ALTON NOTICE,<br>  PLAINTIFFS,<br>vs.<br><br>FRANK KOSHES, TIMOTHY KLUNTZ, F. SPAGNOLO, JR., T. JACKSON, H. SETZER, S. BINETTE, W. FOX & M. GUGLIOTTI<br>  DEFENDANTS. | :<br><br><br><br><br>:<br><br><br><br><br>: | NO: 3:03-CV-01484 (JCH)<br><br><br><br><br><br><br><br><br><br>JULY 14, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respectfully moves for leave of Court to withdraw her appearance in this matter.

Christopher G. Arcieo has filed an appearance on behalf of the defendants.

Accordingly, the undersigned respectfully requests that her Motion to Withdraw Appearance be granted.

                DEFENDANTS,


                BY_____
                  MICHELLE HOLMES
                  Federal Id#: ct20014
                  Noble, Spector, Young & O'Connor, PC
                  One Congress Street
                  Hartford, CT 06114
                  (860) 525-9975
                  holmes@nsyolaw.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 14th day of July, 2005, to the following counsel of record:

John Williams, Esq.
51 Elm Street, Suite 409
New Haven, CT  06510

                                                                                                               _____
                                                                                                                Michelle Holmes

Chief Clerk
USDC
915 Lafayette Boulevard
Bridgeport, CT  06604