UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE GALAZO<br>    Plaintiff, | : NO.: 3:01CV01589 (TPS)<br>:<br>: |
| vs. | :<br>: |
| CITY OF WATERBURY,<br>OFFICER C. SAMPSON<br>And GARY PELOSI<br>    Defendants. | :<br>:<br>: OCTOBER 14, 2005 |

### Defendants' Motion In Limine Seeking Permission To Call Witnesses Out of Sequence At Time of Trial

The Defendants, City of Waterbury and Police Officers Gary Pelosi and Charles Sampson, respectfully seek permission of the Court to allow two material witnesses in the above entitled matter to testify out of sequence. In support of this Motion, these Defendants represent the following:

1. Jury Selection in the above entitled matter is scheduled to occur on November 1, 2005 with the evidence portion of the trial commencing immediately thereafter.

2. In the course of meeting with witnesses who will be testifying in this matter, it recently came to the attention of the undersigned Counsel, that two of these witnesses will not be available to testify after November 2, 2005.

3. Witness Lieutenant Frank Koshes will be departing the State of Connecticut on November 3, 2005 and will not be returning to Connecticut for the duration of the trial. Lieutenant Frank Koshes is a

material witness in this matter. He is an eyewitness to the events that will be testified to by the Plaintiff and Defendants. Lieutenant Frank Koshes is also the officer who arrested the Plaintiff on the charge of Disorderly Conduct on March 17, 1999. As such, his testimony is crucial to a fair adjudication of this matter.

4. Witness Deputy Chief James Nardozzi of the Waterbury Police Department will be departing from the County on November 3, 2005 and will not be returning to Connecticut for the duration of the trial. Deputy Chief Nardozzi is also a material witness to events that occurred subsequent to the arrest of the Plaintiff on March 17, 1999. James Nardozzi is listed as a witness in the Trial Memorandum by both the Co-Defendant Michael Pieksza, Jr. and the remaining Defendants City of Waterbury, Gary Pelosi and Charles Sampson. It is believed that the Plaintiff will be offering testimony as to the conduct of James Nardozzi subsequent to the incident that is the subject matter of Plaintiff's case. As such, James Nardozzi's testimony is crucial to a fair adjudication of the matter.

5. Given the limited availability of these two material witnesses, the undersigned Counsel respectfully requests that Lieutenant Frank Koshes and Deputy Chief James Nardozzi be granted an opportunity to testify at the trial on November 2, 2005.

6. If the Court grants this request, the Defendants acknowledge that these two witnesses will be testifying out of sequence during the Plaintiff's representation of witnesses. The Defendants are mindful and respectful of the Plaintiff's right to present witnesses in accordance with the Plaintiff's trial strategy.

However it is in the interest of justice that if reasonable accommodations can be made, that all material witnesses be given an opportunity to be heard by the jury so that a fair and proper analysis of all the evidence can be made.

7. The Defendants have contacted Counsel for the Plaintiff, Katrena Engstrom, and have left a detailed message on her voice mail seeking her position relative to this Motion. The Defendants have not received a reply from Plaintiff's Counsel so her position relative to this Motion cannot be ascertained.

8. The Defendants have contacted Counsel for the Co-Defendant, Leonard Crone, and he has no objection to this Motion.

Based upon the foregoing reasons, the Defendants respectfully request that this Motion be granted.

> The Defendants,
> City of Waterbury, Gary Pelosi and
> Charles Shepard
>
> BY _/s/ Cheryl E. Johnson_
> **CHERYL E. JOHNSON**
> Federal Bar Number: ct02380
> Noble, Spector, Young & O'Connor
> One Congress Street
> Hartford, CT  06114
> 860-525-9975
> Fax: 860-525-9985
> johnson@nsyolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing **Defendants' Motion In Limine Seeking Permission To Call Witnesses Out of Sequence At Time of Trial** has been mailed, postage prepaid, this 14th day of October, 2005, to the following counsel of record:

Katrena Engstrom, Esq.
51 Elm Street, Suite 409
New Haven, CT  06510

Leonard M. Crone, Esq.
27 State Street
P.O. Box 1687
Waterbury, CT  06702

/s/ Cheryl E. Johnson
Cheryl E. Johnson