UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE GALAZO<br>    Plaintiff,<br><br>vs.<br><br>CITY OF WATERBURY,<br>OFFICER C. SAMPSON<br>And GARY PELOSI<br>    Defendants. | : NO.: 3:01CV01589 (TPS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: OCTOBER 14, 2005 |

### APPEARANCE

Please enter the appearance of **Cheryl E. Johnson**, as counsel for the defendants **CITY OF WATERBURY, OFFICER C. SAMPSON and GARY PELOSI,** in the above entitled action, in addition to those already on file.

BY _/s/ Cheryl E. Johnson_
**CHERYL E. JOHNSON**
Federal Bar Number: ct02380
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT 06114
860-525-9975
Fax: 860-525-9985
johnson@nsyolaw.com

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 14th day of October, 2005, to the following counsel of record:

Katrena Engstrom, Esq.
51 Elm Street, Suite 409
New Haven, CT 06510

Leonard M. Crone, Esq.
27 State Street
P.O. Box 1687
Waterbury, CT 06702

_____
Cheryl E. Johnson