UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE GALAZO | : | |
| | : | |
| VS. | : | NO. 3:01CV1589 (TPS) |
| | : | |
| CITY OF WATERBURY, ET AL. | : | OCTOBER 18, 2005 |

**OBJECTION TO MOTION IN LIMINE**

The defendants, without contacting the undersigned, have moved *in limine* to present a portion of their case before the plaintiff presents his case. They base this motion solely upon the fact that they failed to notify their witnesses of the trial date and, apparently, had not bothered to contact their witnesses until the eve of trial.

Defense counsel had an obligation to notify her witnesses of the trial date sufficiently in advance of trial to have them available; failing which, she had an obligation to preserve their testimony by deposition. She has done neither, nor did she contact them as to availability before agreeing to the present trial dates.

The defendants should not be given the unfair advantage of presenting their case first as a reward for their failure to follow accepted trial preparation procedures. The motion in limine should be denied.

THE PLAINTIFF


BY_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street, Suite 409
        New Haven, CT 06510
        Telephone: 203.562.9931
        Fax: 203.776.9494
        E-mail: jrw@johnrwilliams.com
        His Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Leonard M. Crone, Esq., P. O. Box 1687, Waterbury, CT 06702-1687; and Attorneys Cheryl E. Johnson and Elliot B. Spector, Noble, Spector, Young & O'Connor, PC, One Congress Street, Hartford, CT 06114.

_____
JOHN R. WILLIAMS