FILED

2005 OCT 27 P 3: 06

DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE GALAZO<br>    Plaintiff, | : NO.: 3:01CV01589 (TPS)<br>:<br>: |
| vs. | :<br>: |
| CITY OF WATERBURY,<br>OFFICER C. SAMPSON<br>And GARY PELOSI<br>    Defendants. | :<br>:<br>: OCTOBER 27, 2005 |

### DEFENDANTS' LIST OF EXHIBITS

1) Waterbury Police Department Identification Photograph relative to the arrest of Jose Galazo on March 17, 1999.

2) Waterbury Police Department Record indicating Promise To Appear of Jose Galazo on March 17, 1999.

THE DEFENDANTS,
CITY OF WATERBURY, OFFICER C.
SAMPSON and GARY PELOSI

BY *Cheryl E. Johnson*
Cheryl E. Johnson
Federal Bar Number: ct02380
Noble, Spector, Young & O'Connor, P.C.
One Congress Street
Hartford, CT  06114
Phone: (860) 525-9975
Fax: (860) 525-9985
johnson@nsyolaw.com

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

CERTIFICATION

This is to certify that a copy of the foregoing DEFENDANTS' LIST OF EXHIBITS has been mailed, postage prepaid, this 27th day of October, 2005, to the following counsel of record:

John R. Williams, Esq.
Katrena Engstrom, Esq.
51 Elm Street, Suite 409
New Haven, CT  06510

Leonard M. Crone, Esq.
27 State Street
P.O. Box 1687
Waterbury, CT  06702

Cheryl E. Johnson