FILED

2005 OCT 27 P 3: 06

DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE GALAZO<br>    Plaintiff, | : NO.: 3:01CV01589 (TPS)<br>:<br>: |
| vs. | :<br>: |
| CITY OF WATERBURY,<br>OFFICER C. SAMPSON<br>And GARY PELOSI<br>    Defendants. | :<br>:<br>: OCTOBER 27, 2005 |

## DEFENDANTS' LIST OF WITNESSES

1) Sergeant Gary Pelosi
2) Detective Charles Sampson
3) Deputy Chief of Police James Nardozzi
4) Lieutenant Frank Koshes
5) Lieutenant Edward Daponte
6) Jose Galazo
7) Michael Pieksza, Jr.

THE DEFENDANTS,
CITY OF WATERBURY, OFFICER C.
SAMPSON and GARY PELOSI

BY _/s/ Cheryl E. Johnson_
Cheryl E. Johnson
Federal Bar Number: ct02380
Noble, Spector, Young & O'Connor, P.C.
One Congress Street
Hartford, CT 06114
Phone: (860) 525-9975
Fax: (860) 525-9985
johnson@nsyolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing DEFENDANTS' LIST OF WITNESSES has been mailed, postage prepaid, this 27th day of October, 2005, to the following counsel of record:

John R. Williams, Esq.
Katrena Engstrom, Esq.
51 Elm Street, Suite 409
New Haven, CT 06510

Leonard M. Crone, Esq.
27 State Street
P.O. Box 1687
Waterbury, CT 06702

Cheryl E. Johnson