UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSE GALAZO
      -Plaintiff

-vs-                          Civil No. 3:01 CV 01589

MICHAEL PIEKSZA,
SGT. JAMES NARDOZZI,
OFFICER CHARLES SAMPSON,
AND OFFICER GARY PELOSI
      -Defendants

      We the jury unanimously find as follows:

I. **UNLAWFUL ARREST**

1. **As to Defendant Sampson:**
   (a) Has the plaintiff, Jose Galazo, proven, by a preponderance of the evidence, that the defendant violated his Fourth Amendment right to be free from unlawful arrest?

   YES _____ NO ✓_____

   (b) If you answered YES in response to Question (a), insert a compensatory damage amount that you determine to be fair, just and reasonable. If you find a violation of the law but determine that Mr. Galazo suffered no injury, you may enter nominal damages of $1.00.

   Compensatory damage amount: $_____

   (c) If you filled in a compensatory damage amount in Question (b), do you also find that the plaintiff should be awarded punitive damages?

   YES _____ NO _____

   Punitive damage amount: $_____

2. **As to Defendant Pieksza:**
   (a) Has the plaintiff, Jose Galazo, proven, by a preponderance of the evidence, that the defendant violated his Fourth Amendment right to be free from unlawful arrest?

   YES _____ NO ✓_____

1

    (b)  If you answered YES in response to Question (a), insert a compensatory damage amount that you determine to be fair, just and reasonable.  If you find a violation of the law but determine that Mr. Galazo suffered no injury, you may enter nominal damages of $1.00.

                  Compensatory damage amount:   $_____

    (c)  If you filled in a compensatory damage amount in Question (b), do you also find that the plaintiff should be awarded punitive damages?

                  YES _____   NO _____

                  Punitive damage amount:       $_____

**You have completed Section I.  Please proceed to Section II.**

## II. EXCESSIVE FORCE

**1. As to Defendant Sampson:**

(a) Has the plaintiff, Jose Galazo, proven, by a preponderance of the evidence, that the defendant used excessive force?

YES ✓ [WGS]   NO ____

(b) If you answered YES in response to Question (a), insert a compensatory damage amount that you determine to be fair, just and reasonable. If you find a violation of the law but determine that Mr. Galazo suffered no injury, you may enter nominal damages of $1.00.

Compensatory damage amount:   $ 1250.00

(c) If you filled in a compensatory damage amount in Question (b), do you also find that the plaintiff should be awarded punitive damages?

YES ✓   NO ____

Punitive damage amount:   $ $50,000 [WGS] ~~25,000.00~~

**2. As to Defendant Pieksza:**

(a) Has the plaintiff, Jose Galazo, proven, by a preponderance of the evidence, that the defendant used excessive force?

YES ____   NO ✓ [WGS]

(b) If you answered YES in response to Question (a), insert a compensatory damage amount that you determine to be fair, just and reasonable. If you find a violation of the law but determine that Mr. Galazo suffered no injury, you may enter nominal damages of $1.00.

Compensatory damage amount:   $ _____

(c) If you filled in a compensatory damage amount in Question (b), do you also find that the plaintiff should be awarded punitive damages?

YES ____   NO ____

Punitive damage amount:   $ _____

**You have completed Section II. Please proceed to Section III.**

### III. ACTING UNDER COLOR OF STATE LAW

1. <u>As to Defendant Pieksza:</u>

(a) Have you found defendant Sampson liable on either the claim of unlawful arrest (Sec. I(1)(a)) or excessive force (Sec. II(1)(a))?

       YES ✓     NO ____

(b) If you answered YES in response to Question (a), do you also find that defendant Pieksza willingly assisted defendant Sampson in carrying out the unlawful arrest and/or the use of excessive force?

       YES ____     NO ✓

You have completed Section III. Please proceed to Section IV.

## IV. QUALIFIED IMMUNITY

**1. As to Defendant Sampson:**

(a) Have you found defendant Sampson liable for false arrest (Sec. I(4)(a) above)?

YES _____   NO ✓ *w/98*

(b) If you answered "YES" to question (a), do you find that defendant Sampson has proved the defense of qualified immunity, with respect to the claim of false arrest?

YES _____   NO _____

(c) Have you found defendant Sampson liable for excessive force (Sec. II(3)(a) above)?

YES ✓ *w/98*   NO _____

(d) If you answered "YES" to question (c), do you find that defendant Sampson has proved the defense of qualified immunity, with respect to the claim of excessive force?

YES ~~(scribbled out)~~   NO ✓ *w/98*

You have completed Section IV. Please proceed to Section V.

## V. ASSAULT AND BATTERY

**1. As to Defendant Sampson:**
   (a) Has the plaintiff, Jose Galazo, proven, by a preponderance of the evidence, that defendant violated his right to be free from assault and battery?

   YES ✓ _[init]_    NO _[init]_

   (b) If you answered YES in response to Question (a), insert a compensatory damage amount that you determine to be fair, just and reasonable. If you find a violation of the law but determine that Mr. Galazo suffered no injury, you may enter nominal damages of $1.00.

   Compensatory damage amount:  $ _1250.00_

   (c) If you filled in a compensatory damage amount in Question (b), do you also find that the plaintiff should be awarded punitive damages?

   YES ✓ _[init]_    NO _____

   If YES, the court will determine the amount of state law punitive damages at a later date.

**2. As to Defendant Pieksza:**
   (a) Has the plaintiff, Jose Galazo, proven, by a preponderance of the evidence, that defendant violated his right to be free from assault and battery?

   YES _____    NO ✓ _[init]_

   (b) If you answered YES in response to Question (a), insert a compensatory damage amount that you determine to be fair, just and reasonable. If you find a violation of the law but determine that Mr. Galazo suffered no injury, you may enter nominal damages of $1.00.

   Compensatory damage amount:  $_____

   (c) If you filled in a compensatory damage amount in Question (b), do you also find that the plaintiff should be awarded punitive damages?

   YES _____    NO _____

   If YES, the court will determine the amount of state law punitive damages at a later date.

   **You have completed Section V.  Please proceed to Section VI.**

### VI. MALICIOUS PROSECUTION

1. **As to Defendant Sampson:**
   (a) Has the plaintiff, Jose Galazo, proven, by a preponderance of the evidence, that defendant violated his right to be free from malicious prosecution?

   YES _____  NO ___✓___ WGP

   (b) If you answered YES in response to Question (a), insert a compensatory damage amount that you determine to be fair, just and reasonable. If you find a violation of the law but determine that Mr. Galazo suffered no injury, you may enter nominal damages of $1.00.

   Compensatory damage amount:    $_____

   (c) If you filled in a compensatory damage amount in Question (b), do you also find that the plaintiff should be awarded punitive damages?

   YES _____  NO _____

   If YES, the court will determine the amount of state law punitive damages at a later date.

2. **As to Defendant Pieksza:**
   (a) Has the plaintiff, Jose Galazo, proven, by a preponderance of the evidence, that defendant violated his right to be free from malicious prosecution?

   YES _____  NO ___✓___ WGP

   (b) If you answered YES in response to Question (a), insert a compensatory damage amount that you determine to be fair, just and reasonable. If you find a violation of the law but determine that Mr. Galazo suffered no injury, you may enter nominal damages of $1.00.

   Compensatory damage amount:    $_____

   (c) If you filled in a compensatory damage amount in Question (b), do you also find that the plaintiff should be awarded punitive damages?

   YES _____  NO _____

   If YES, the court will determine the amount of state law punitive damages at a later date.

**You have completed Section VI. Please proceed to Section VII.**

## VII. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**1. As to Defendant Nardozzi:**

(a) Has the plaintiff, Jose Galazo, proven, by a preponderance of the evidence, that defendant violated his right to be free from intentional infliction of emotional distress?

YES _____   NO ✓ _w/gs_

(b) If you answered YES in response to Question (a), insert a compensatory damage amount that you determine to be fair, just and reasonable. If you find a violation of the law but determine that Mr. Galazo suffered no injury, you may enter nominal damages of $1.00.

Compensatory damage amount:   $_____

(c) If you filled in a compensatory damage amount in Question (b), do you also find that the plaintiff should be awarded punitive damages?

YES _____   NO _____

If YES, the court will determine the amount of state law punitive damages at a later date.

**2. As to Defendant Pelosi:**

(a) Has the plaintiff, Jose Galazo, proven, by a preponderance of the evidence, that defendant violated his right to be free from intentional infliction of emotional distress?

YES _____   NO ✓ _wcb_

(b) If you answered YES in response to Question (a), insert a compensatory damage amount that you determine to be fair, just and reasonable. If you find a violation of the law but determine that Mr. Galazo suffered no injury, you may enter nominal damages of $1.00.

Compensatory damage amount:   $_____

(c) If you filled in a compensatory damage amount in Question (b), do you also find that the plaintiff should be awarded punitive damages?

YES _____   NO _____

If YES, the court will determine the amount of state law punitive damages at a later date.

3. **As to Defendant Sampson:**
   (a) Has the plaintiff, Jose Galazo, proven, by a preponderance of the evidence, that defendant violated his right to be free from intentional infliction of emotional distress?

   YES _____   NO ___✓___
                         wcp

   (b) If you answered YES in response to Question (a), insert a compensatory damage amount that you determine to be fair, just and reasonable. If you find a violation of the law but determine that Mr. Galazo suffered no injury, you may enter nominal damages of $1.00.

   Compensatory damage amount:   $_____

   (c) If you filled in a compensatory damage amount in Question (b), do you also find that the plaintiff should be awarded punitive damages?

   YES _____   NO _____

   If YES, the court will determine the amount of state law punitive damages at a later date.

4. **As to Defendant Pieksza:**
   (a) Has the plaintiff, Jose Galazo, proven, by a preponderance of the evidence, that defendant violated his right to be free from intentional infliction of emotional distress?

   YES _____   NO ___✓___
                         tep

   (b) If you answered YES in response to Question (a), insert a compensatory damage amount that you determine to be fair, just and reasonable. If you find a violation of the law but determine that Mr. Galazo suffered no injury, you may enter nominal damages of $1.00.

   Compensatory damage amount:   $_____

   (c) If you filled in a compensatory damage amount in Question (b), do you also find that the plaintiff should be awarded punitive damages?

   YES _____   NO _____

   If YES, the court will determine the amount of state law punitive damages at a later date.

**You have completed Section VII. Please proceed to Section VIII.**

## VIII. TOTAL DAMAGE CALCULATIONS

If you have not awarded any damages as of this point, place zeros on the lines below and you are done deliberating. If, however, you have awarded damages on any count against any defendant, insert the totals below.

1. **As to Defendant Pieksza:**
   (a) Total Compensatory Damages: 0
   (b) Total Federal Punitive Damages: 0
   (c) GRAND TOTAL (add lines (a) + (b)): 0
   (d) State Law Punitive Damages    YES____ NO ✓

2. **As to Defendant Sampson:**
   (a) Total Compensatory Damages: 2500.00
   (b) Total Federal Punitive Damages: 50,000.00
   (c) GRAND TOTAL (add lines (a) + (b)): 52500.00
   (d) State Law Punitive Damages    YES ✓ NO____

3. **As to Defendant Nardozzi:**
   (a) Total Compensatory Damages: 0
   (b) Total Federal Punitive Damages: 0
   (c) GRAND TOTAL (add lines (a) + (b)): 0
   (d) State Law Punitive Damages    YES____ NO ✓

4. **As to Defendant Pelosi:**
   (a) Total Compensatory Damages: 0
   (b) Total Federal Punitive Damages: 0
   (c) GRAND TOTAL (add lines (a) + (b)): 0
   (d) State Law Punitive Damages    YES____ NO ✓

You have completed your deliberations. Please sign and date this form.

Dated at Hartford, Connecticut, this 4th day of November, 2005.

*[Signature]*
Foreperson