# United States District Court

DISTRICT OF **Ct**

Galazo v. Waterbury

**EXHIBIT AND WITNESS LIST** — Pltf's

CASE NUMBER: 3:01CV1589TPS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TPS | J. Merly | C. Johnson |
| TRIAL DATE(S) 11/1 | COURT REPORTER Wendy Allen | COURTROOM DEPUTY B. Sunbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 11-1-05 | | | Jose Galazo, Waterbury, Ct. |
| | | 11-1-05 | | | Sheri Roy, Waterbury, Ct. |
| | | 11-2-05 | | | Jose Galazo, Waterbury, Ct. |
| | | 11-2-05 | | | Sheri Roy, Waterbury, Ct. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages