# United States District Court

DISTRICT OF Ct.

Galazo v. Waterbury

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01CV1589TPS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TPS | J. Mealy | C. Johnson |
| **TRIAL DATE(S)** 11/1- | **COURT REPORTER** W. Allen | **COURTROOM DEPUTY** B. Sunbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 11-1-05 | | | Gary Pelosi, Waterbury, Ct. |
| | | 11-1-05 | | | Charles Sampson, Waterbury, Ct. |
| | | 11-2-05 | | | Charles Sampson, Waterbury, Ct. |
| | | 11-2-05 | | | Frank Koshas, Waterbury, Ct. |
| | | 11-2-05 | | | James Nardozzi, Waterbury, Ct. |
| | | 11-2-05 | | | Edward Daponte, Waterbury, Ct. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages