# United States District Court

DISTRICT OF ——— Ct.

Galazo
v.
Waterbury

PLF'S
EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:01CV1589TPS

| PRESIDING JUDGE TPS | PLAINTIFF'S ATTORNEY J. Mealy | DEFENDANT'S ATTORNEY C. Johnson |
|---|---|---|
| TRIAL DATE(S) 11/1 -11-3 | COURT REPORTER Wendy Allen | COURTROOM DEPUTY B. Sunbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1. | | 11-1-05 | | ✓ | Police Report of incident |
| 2. | | 11 11 | | ✓ | Promise to Appear |
| 3. | | 11 11 | | ✓ | Waterbury Hospital Report |
| 4. | | 11 | | ✓ | Photo Jose Galazo |
| 5. | | 11 | | ✓ | Photo Jose Galazo |
| 6. | | 11 | | ✓ | Photo Jose Galazo |
| 7. | | 11 | | ✓ | Photo Jose Galazo |
| 8. | | 11 | ✓ | | Letter dated 4-28-99 |
| | | | | | |
| | | | | | |
| | | | | | Exhibits returned 11/4/05 |
| | | | | | Joseph M. Myly Jr |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages