# United States District Court

DISTRICT OF Ct.

Galazo v. Waterbury

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01CV1589TPS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TPS | J. Mealy | C. Johnson |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11/1 - 11/3 | W. Allen | B. Sunbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 11-2-05 |  | ✓ | Photo page 3-17-99 Log book records |
|  | B | 11-2-05 |  | ✓ | Photo Mug shot 1999 - copy |

Exhibits returned 11/4/05
Cheryl C. Johnson 11/4/05

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages