# United States District Court

DISTRICT OF **CONNECTICUT**

Galazo
v.
Waterbury

~~DEFENDANT'S~~ **WITNESS LIST**

CASE NUMBER: Court Exhibit List

| PRESIDING JUDGE ~~DRONEY~~ TPS | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) 11-4-05 | COURT REPORTER ~~MARSHALL~~ | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 11-3-05 | 1 |  | note Jury |
|  |  | 11-8-05 | 2 |  | note Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages