UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE GALAZO | : |
| | : |
| v. | :  CASE NO. 3:01CV1589TPS |
| | : |
| MICHAEL PIEKSZA | : |
| SARGEANT JAMES NARDOZZI | : |
| OFFICER CHARLES SAMPSON | : |
| OFFICER GARY PELOSI | : |

## JUDGMENT

This action came before the court for a trial by jury before the Honorable Thomas P. Smith, United States Magistrate Judge presiding, and the issues having been duly tried and the jury having rendered its verdict, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff, Jose Galazo, against the defendant Officer Charles Sampson in the amount of $2500 in compensatory damages and $50,000 in punitive damages, and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants, Michael Pieksza, Sargeant James Nardozzi, and Officer Gary Pelosi.

Dated at Hartford, Connecticut, this 7th day of November, 2005.

KEVIN F. ROWE, Clerk

By *Barbara G. Sunbury*
Barbara G. Sunbury
Deputy Clerk