UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE GALAZO | : | |
| | : | |
| VS. | : | NO. 3:01CV1589 (TPS) |
| | : | |
| CITY OF WATERBURY, ET AL. | : | NOVEMBER 11, 2005 |

**PLAINTIFF'S FIRST MOTION FOR AWARD OF
ATTORNEY FEES PURSUANT TO 42 U.S.C. § 1988**

The plaintiff respectfully moves that the defendant be ordered to pay him the sum of $6,489.72 for the time of Attorney John R. Williams on this case and expenses incurred by Attorney John R. Williams on the plaintiff's behalf. In support of this motion, he submits herewith the affidavit of Attorney Williams.

THE PLAINTIFF

BY_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: 203.562.9931
Fax: 203.776.9494
E-mail: jrw@johnrwilliams.com
His Attorney

1

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Elliot B. Spector, Noble, Spector, Young & O'Connor, PC, One Congress Street, Hartford, CT 06114.

_____
JOHN R. WILLIAMS