UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE GALAZO | : | |
| | : | |
| VS. | : | NO. 3:01CV1589 (TPS) |
| | : | |
| CITY OF WATERBURY, ET AL. | : | NOVEMBER 11, 2005 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES AND EXPENSES PURSUANT TO 42 U.S.C. § 1988**

| | | | |
|---|---|---|---|
| STATE OF CONNECTICUT | ) | | |
| | ) | SS: | New Haven |
| COUNTY OF NEW HAVEN | ) | | |

JOHN R. WILLIAMS, having been duly sworn, states:

1. I am a member of the Bar of this Court, having been admitted on March 11, 1968. I submit this affidavit in support of the plaintiff's application for an award of attorney fees and expenses as provided by Section 1988 of Title 42 of the United States Code.

2. I received my A.B. degree *cum laude* from Harvard College in 1963. I received my J.D. from Georgetown University Law Center in 1967. In law school, I was an Associate Editor of the Georgetown Law Journal.

1

3. I was employed as a Legislative Assistant to United States Senator Milton R. Young (R.N.D.) from 1963 to 1967. From 1967 to 1969, I was an attorney specializing in legislative liaison in the Office of General Counsel at Aetna Life & Casualty. From 1969 to 1971 I was the Chief Criminal Attorney in the Hill Neighborhood Law Office of the New Haven Legal Assistance Association. I entered the private practice of law, specializing in criminal defense and the representation of plaintiffs in police misconduct litigation under 42 U.S.C. §1983, in 1971.

4. I have written, lectured and taught in the law extensively throughout the United States.

5. I have served as Chair of the Civil Rights Section of the Association of Trial Lawyers of America. I have tried hundreds of police misconduct cases in this District, I have argued dozens of appeals in the Second Circuit and argued a civil rights case in the United States Supreme Court.

6. I am familiar from personal knowledge with the hourly rates charged by attorneys in the District of Connecticut with my experience in this field. Those rates vary from $250 per hour to $450 per hour. I have billed all of my clients at a rate of $350 per hour for many years.

7. My time in this case is as follows:

| Date | Description | Time |
|---|---|---|
| March 22, 1999 | telephone conference with client | 0.1 hour |
| | Meeting with client | 1.0 hour |
| March 23, 1999 | preparation of records for investigator | 0.5 hour |
| | Correspondence with Waterbury Hospital regarding records | 0.1 hour |
| June 25, 1999 | telephone conference with client | 0.2 hour |
| July 23, 1999 | correspondence with Waterbury Police Dept. regarding records | 0.1 hour |
| September 9, 1999 | correspondence with Sgt. Daponte regarding records | 0.2 hour |
| October 20, 1999 | telephone conference with client | 0.2 hour |
| May 1, 2000 | telephone conference with client | 0.2 hour |
| December 11, 2000 | correspondence with Attorney Daly regarding records | 0.2 hour |
| December 29, 2000 | correspondence with Attorney Daly regarding records | 0.2 hour |
| August 17, 2001 | drafting suit | 0.6 hour |
| August 30, 2001 | correspondence with client | 0.1 hour |
| October 12, 2001 | preparing Motion for Default | 0.2 hour |
| October 15, 2001 | correspondence with defense counsel | 0.1 hour |
| | Preparing Rule 26(f) Report | 0.4 hour |
| October 24, 2001 | preparing motion to vacate order for bond | 0.3 hour |
| October 25, 2001 | correspondence with defense counsel | 0.1 hour |
| December 1, 2001 | correspondence with client | 0.1 hour |
| December 14, 2001 | correspondence with client | 0.1 hour |
| January 15, 2002 | correspondence with client | 0.1 hour |
| January 21, 2002 | correspondence with client | 0.1 hour |
| February 18, 2002 | preparing financial affidavit | 0.3 hour |
| | Preparing motion for relief from judgment | 0.3 hour |
| April 16, 2002 | correspondence with client | 0.1 hour |
| | Letter to Judge Squatrito | 0.1 hour |
| April 25, 2002 | correspondence with client | 0.1 hour |
| June 28, 2002 | preparing motion for extension of time and for protective order | 0.3 hour |
| July 10, 2002 | preparing brief in opposition to motion to compel | 0.3 hour |
| July 18, 2002 | preparing reply brief regarding discovery | 0.3 hour |

|                    |                                                          |           |
|--------------------|----------------------------------------------------------|-----------|
|                    | Correspondence with counsel                              | 0.1 hour  |
| October 12, 2002   | preparing opposition to motion for summary judgment      | 5.0 hours |
| October 16, 2002   | correspondence with client                               | 0.1 hour  |
| February 25, 2004  | preparing motion to dismiss defendant Santopietro        | 0.1 hour  |
|                    | correspondence with client                               | 0.1 hour  |
| March 1, 2004      | correspondence with client                               | 0.1 hour  |
| April 2, 2004      | correspondence with client                               | 0.1 hour  |
| April 22, 2004     | correspondence with client                               | 0.1 hour  |
| May 17, 2004       | correspondence with client                               | 0.1 hour  |
| June 16, 2004      | meeting with witness                                     | 0.5 hour  |
|                    | Preparing motion to dismiss defendants Toma and DelBuono | 0.2 hour  |
| April 25, 2005     | correspondence with client                               | 0.1 hour  |
| October 18, 2004   | preparing objection to motion in limine                  | 0.3 hour  |

----------------------------------------------------------------------------

TOTAL TIME OF JOHN R. WILLIAMS = 13.9 HOURS
13.9 HOURS @ $350 = $4,965.00

8. Our office records, made and maintained in the usual course of our business, disclose that we have incurred the following out-of-pocked expenses in connection with the prosecution of this action:

| April 1, 1999       | Private investigator          | $366.90 |
|---------------------|-------------------------------|---------|
|                     | Medical records               | 7.02    |
| August 20, 2001     | Filing fee in USDC            | 150.00  |
| September 10, 2001  | Private investigator          | 237.00  |
| June 19, 2002       | Court reporter (transcript)   | 213.54  |
| July 30, 2002       | Court reporter (transcript)   | 380.49  |
| October 28, 2002    | Messenger                     | 66.00   |
| September 15, 2004  | Messenger                     | 96.00   |
| December 20, 2004   | Medical records               | 7.77    |

----------------------------------------------------------------------------

TOTAL EXPENSES: $1,524.72

4

_____
JOHN R. WILLIAMS

Subscribed and sworn to before me this 11th day of November, 2005.

_____
Notary Public

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Elliot B. Spector, Noble, Spector, Young & O'Connor, PC, One Congress Street, Hartford, CT 06114.

_____
JOHN R. WILLIAMS

5