UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE GALAZO | : |
| VS. | : NO. 3:01CV1589 (TPS) |
| CITY OF WATERBURY, ET AL. | : NOVEMBER 15, 2005 |

### PLAINTIFF'S SECOND MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 1988

The Plaintiff respectfully moves that the Defendant be ordered to pay him the sum of $12,250.00 for the time of Attorney Joseph M. Merly on this case on the Plaintiff's behalf. In support of this motion, he submits herewith the affidavit of Attorney Merly.

THE PLAINTIFF

BY _____
JOSEPH M. MERLY (ct21266)
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: (203) 562-9931
Fax: (203) 776-9494
E-mail: jmerly@johnrwilliams.com
His Attorney

FILED
2005 NOV 15 P 4: 35
US DISTRICT COURT
HARTFORD CT

## CERTIFICATION OF SERVICE

On the above date, a copy of the foregoing was mailed to Attorney Cheryl E. Johnson of Noble, Spector, Young and O'Connor, One Congress Street, Hartford, CT 06114.

_____
JOSEPH M. MERLY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE GALAZO | : | |
| VS. | : | NO. 3:01CV1589 (TPS) |
| CITY OF WATERBURY, ET AL. | : | NOVEMBER 15, 2005 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES AND EXPENSES PURSUANT TO 42 U.S.C. § 1988**

| | | |
|---|---|---|
| STATE OF CONNECTICUT | ) | |
| | ) SS: | New Haven |
| COUNTY OF NEW HAVEN | ) | |

JOSEPH M. MERLY, having been duly sworn, states:

1. I am a member in good standing of the Bar of this Court. I submit this affidavit in support of the Plaintiff's application for an award of attorneys' fees and expenses as provided by Section 1988 of Title 42 of the United States Code.

2. I received my J.D. degree from The University of Bridgeport School of Law in 1992 and was admitted to practice law in the state courts of Connecticut in December, 1992.

3. I have been employed by the law firm of John R. Williams and Associates, LLC, since July, 2004 having worked for several other law firms in the general area since 1992.

4. I have tried many cases to verdict including several police misconduct cases in this District.

5. I am the attorney who tried the instant matter before this Court (Smith, J.) on

November 1, 2, 3 and 4.

    6. I am familiar from personal knowledge with the hourly rates charged by attorneys in the District of Connecticut with my level of experience in this field and in the practice of law in general. Those rates vary from $250 to $450 per hour. Colleagues of mine with a similar level of experience in the practice of law and in particular, within this area of law, bill their clients at the rate of $250.

    7. My time in this case is as follows:

| Date | Description | Time |
|---|---|---|
| 10/24/05 | Meeting with client, review file | 5 hours |
| 10/25/05 | Prepare testimony of Plaintiff; Trial preparation | 4 hours |
| 10/26/05 | Prepare testimony of Plaintiff's wife; Trial preparation | 3 hours |
| 10/27/05 | Prepare cross-examinations of Defendants and witnesses; Trial preparation; Meeting with Plaintiff and Plaintiff's wife | 3 hours |
| 10/28/05 | Telephone conference with client | 1 hour |
| 10/31/05 | Meeting with Plaintiff and Plaintiff's wife; Trial preparation | 2 hours |
| 11/1/05 | Trial | 7 hours |
| 11/1/05 | Review testimony; trial preparation | 3 hours |
| 11/2/05 | Trial | 6.5 hours |
| 11/2/05 | Review testimony and requests to charge, | |

|        | Prepare final argument | 4 hours |
|--------|------------------------|---------|
| 11/3/05 | Trial | 7 hours |
| 11/04/05 | Trial | 3.5 hours |

TOTAL TIME OF JOSEPH M. MERLY = 49 HOURS

49 HOURS @ $250.00 = $12,250.00

_____
JOSEPH M. MERLY

Subscribed and sworn to before me this 15th day of November, 2005.

_____
Notary Public
PATRICIA A. AFFIE
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2008

## CERTIFICATION OF SERVICE

On the above date, a copy of the foregoing was mailed to Attorney Cheryl E. Johnson of Noble, Spector, Young and O'Connor, One Congress Street, Hartford, CT 06114.

_____
JOSEPH M. MERLY